United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 24, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-20451
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SHIRLEY MARTINEZ,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:04-CR-159-ALL
---------------------

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender, appointed to represent Shirley
Martinez, has requested leave to withdraw and has filed a brief
as required by Anders v. California, 386 U.S. 738 (1967).
Martinez has not filed a response to the motion.  Our independent
review of the brief and the record discloses no nonfrivolous
issues for appeal.  Counsel's motion for leave to withdraw is
GRANTED, counsel is excused from further responsibilities, and
the appeal is DISMISSED.  See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.